01-15-01057-CR

# CHRIS DANIEL

HARRIS COUNTY DISTRICT CLERK

December 11, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 8:44:56 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE KRISTIN GUINEY
179TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: MERVIN RICHARD HAYE

Cause No: 1416291

Court: 179TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

Notice of Appeal Filed Date: 12/09/15
Sentence Imposed Date: 12/09/15
Court of Appeals Assignment: First Court of Appeals
Appeal Attorney of Record: TO BE DETERMINED

Sincerely,

Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

RENEE REAGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

1201 Franklin   P.O. Box 4651   Houston, Texas   77210-4651

Cause No. 1416291

## THE STATE OF TEXAS
### V.
Mervin Haye , A/K/A/ _____

179th District Court / County Criminal Court at Law No. _____

### Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On 12-09-2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

- ☑ MOVES to withdraw.
- ☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

12-9-15
**Date**

Mervin Haye
**Defendant (Printed name)**

**Attorney (Signature)**

Anthony T. Simmons
**Attorney (Printed name)**

24046847
**State Bar Number**

7676 Hillmont St, #102 Houston, TX 77040
**Address**

(7) 659-8600
**Telephone Number**

**The defendant (check all that apply):**

- ☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.
- ☑ ASKS the Court to ORDER that a free record be provided to him.
- ☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

Mervin Haye
**Defendant (Signature)**

Mervin Haye
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON DEC 09 2015 _____

By Deputy District Clerk of Harris County, Texas _____

FILED
Chris Daniel
District Clerk
Time: DEC 09 2015
By _____
Harris County, Texas
Deputy

# ORDER

On _____ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☑ Defendant's / appellant's motion is GRANTED and

    ☐ _____(attorney's name & bar card number)
is APPOINTED to represent defendant / appellant on appeal.

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: ___12/9/15___

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1416291

THE STATE OF TEXAS

v.

Mervin Haye , Defendant

IN THE 79th DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____    _____
Judge                        Date Signed DEC 0 9 2015

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Mervin Haye
Defendant

Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk
DEC 0 9 2015
Time: _____
Harris County, Texas
By_____ Deputy

State Bar of Texas ID number: 24046847

Mailing Address: 7676 Hillmouth 102

Telephone number: (7) 658-8(00)

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# APPEAL CARD

2-7-16

Court 179                    Cause No. 1416791

### The State of Texas
#### Vs
Hauge, Mervin

12-9-15

**Date Notice Of Appeal:** DEC 0 9 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Kristin Guiney

**Court Reporter** Renee Reagan

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** Anthony Simmons

**Attorney on Appeal** To Be Determined

Appointed ✓ Hired _____

**Offense** MURDER

**Jury Trial** Yes ✓ No _____

**Punishment Assessed** 70 YRS TDCJ-ID

**Companion Cases (If Known)** none

**Amount of Appeal Bond** $0 (ZERO)

**Appellant Confined:** Yes ✓ No _____

**Date Submitted To Appeal Section** 12/6/16

**Deputy Clerk** Alison LeDee